JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** USPS/HSI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  21-6180-MPK; 21-6286-MPK
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Deivy Paradis Torres    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Boston, Massachusetts

Birth date (Yr only): 1994   SSN (last4#): 4323   Sex: M   Race: _____   Nationality: Dominican Republic

Defense Counsel if known: William Keefe, Esq.   Address: 801 C Tremont Street, Boston, Massachusetts

Bar Number: _____

**U.S. Attorney Information:**

AUSA: Craig Estes   Bar Number if applicable: _____

Interpreter: ☑ Yes ☐ No   List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

Arrest Date: 04/26/2021

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Norfolk HOC   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/26/21    Signature of AUSA: /s/ Craig Estes

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute/Possess with Intent to Distribute 400 Grams or More of Fentanyl | 1 |
| Set 2 | 21 USC 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Category No. __II__  Investigating Agency __USPS-OIG__

**City** __Braintree__   **Related Case Information:**

**County** __Norfolk__

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number __21-6180-MPK; 21-6286-MPK__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Robinson Paradis Feliz    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Braintree, Massachusetts

Birth date (Yr only): 1975   SSN (last4#): 3374   Sex: M   Race: ____   Nationality: USA

**Defense Counsel if known:** Frank D. Camera, Esq.   Address: 99 South Main Street, Suite 220

**Bar Number**: _____   Fall River, Massachusetts 02721

**U.S. Attorney Information:**

AUSA: Craig Estes   Bar Number if applicable: _____

Interpreter: ☑ Yes  ☐ No   List language and/or dialect: Spanish

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 04/30/2021

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Norfolk HOC  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/26/21   Signature of AUSA: /s/ Craig Estes

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to Distribute/Possess with Intent to Distribute 400 Grams or More of Fentanyl | 1 |
| Set 2 | 21 USC 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013